UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
John Lodge

                                    04 CV 10219(CLB)

          Plaintiff,         JUDGMENT

    -against-

Louis S. D'Aliso, Individually and as
Commissioner of the Westchester County
Department of Public Safety, The
Westchester County Department of Public
Safety, Westchester County, Sergeant
Michael Hagan, Sergeant Carl Eberle, &
Sergeant Michael Grossi, and Person or
Persons Unknown at the Present Time
Constituting "John Doe" Defendants as to
Individuals Participating in the Causes
of Action set forth herein.

          Defendants.
- - - - - - - - - - - - - - - - - - - X

Defendants having moved to dismiss and the said motion having come before the Honorable, Charles L. Brieant, United States District Judge and the Court thereafter on April 27, 2005, having handed down its memorandum and order, granting defendants' motion to dismiss without prejudice as to all claims arising under state law concerning the Promotional Review Board and denied Plaintiff's motion for summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed without prejudice as to all claims arising under state law concerning the Promotional Review Board as to all defendants.

DATED: White Plains, N.Y.
       April 29, 2005

                                    J. Michael McMahon
                                          Clerk

                                E.O.D.